UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. M-23-524 |
| § § | |
| ERNESTO GAONA-GONZALEZ § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about September 4, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ERNESTO GAONA-GONZALEZ**

knowing and in reckless disregard of the fact that Ada Noemy Manzanarez-Rodriguez was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Mission, Texas, to another location near Mission, Texas, by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL

FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY