| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 3/07/2023/jt | |

| | | | |
|---|---|---|---|
| McALLEN Division | | CR. No. | **M-23-524** |
| **SEALED INDICTMENT** Filed: April 5, 2023 | | Judge: | **RICARDO H. HINOJOSA** |
| County: Hidalgo | | | |
| Lions #: **2023R01547** | | Attorneys: | |
| UNITED STATES OF AMERICA | | ALAMDAR S. HAMDANI, UNITED STATES ATTORNEY | |
| v. | | JONGWOO CHUNG, ASST. U.S. ATTORNEY | |
| ERNESTO GAONA-GONZALEZ | | Ct. 1 CARLOS A. GARCIA, RET'D 956-584-1448 | |

Charge(s): Ct. 1: Transporting illegal aliens within the United States
Title 8, United States Code, Sections, 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii)

Total Counts **(1)**

Penalty: Ct. 1: Imprisonment for not more than 5 years and/or a fine of $250,000 and not more than a 3 yr. SRT (as to each count)

Agency: Homeland Security Investigations- Cordero B. Contreras- MC15BX22MC0006

Proceedings

Date