U.S. Department of Justice
United States Attorney

United States Courts
Southern District of Texas
FILED
April 06, 2023
Nathan Ochsner, Clerk of Court

# United States District Court
## SOUTHERN District of Texas
### McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | GRAND JURY NO. __71__ |
| V. | § | |
| | § | CRIMINAL NO. __M-23-524__ |
| ERNESTO GAONA-GONZALEZ | § | |

ORDER FOR BENCH WARRANT
AND SETTING AMOUNT OF BAIL

It appearing to the Court that a sealed indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT | AMOUNT OF BAIL |
| --- | --- |
| ERNESTO GAONA-GONZALEZ | No Bond/Pending Bond Determination Hearing |

ENTERED at McAllen, Texas, this __5th__ day of April 2023.

UNITED STATES MAGISTRATE JUDGE