IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NUMBER |
| VS. ) | |
| ) | M-23-0524-01 |
| ERNESTO GAONA-GONZALEZ ) | |

O R D E R

Came on to be considered Defendant Ernesto Gaona-Gonzalez' Motion to Continue Final Pretrial and Jury Selection Hearings which motion is unopposed by the Government and the Court, after considering said motion, finds that the failure to grant the Defendant's Motion for Continuance would be likely to make a continuation of such proceeding impossible or result in a miscarriage of justice and is of the opinion that said motion should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Motion for Continuance of Defendant Ernesto Gaona-Gonzalez is hereby GRANTED, and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for September 5, 2023, is hereby reset to November 6, 2023, at 9:30 a.m., and Jury Selection previously set for September 6, 2023, is hereby reset to November 7, 2023, at 9:30 a.m., in the Eleventh Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this order to the Defendant, his counsel, and counsel for the Government.

DONE on this 1st day of September, 2023, at McAllen, Texas.

*Ricardo H. Hinojosa*
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE