| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 9/22/2023/dw | |

McALLEN Division     CR. No. **M-23-0524-S1**

**SEALED INDICTMENT** Filed: April 5, 2023
**SUPERSEDING INDICTMENT** Filed: October 4, 2023 Judge: **RICARDO H. HINOJOSA**

County: Hidalgo
Lions #: **2023R01547**

Attorneys:

UNITED STATES OF AMERICA     ALAMDAR S. HAMDANI, UNITED STATES ATTORNEY

v.     DEVIN V. WALKER, ASST. U.S. ATTORNEY

ERNESTO GAONA-GONZALEZ     Cts. 1-3     Carlos A. Garcia, Ret'd, (956) 584-1448
*Custody: 4/12/2023*

Charge(s):
- Ct. 1: Transporting illegal aliens within the United States.
  Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)
- Ct. 2: Hostage taking.
  Title 18, United States Code, Section 1203(a)
- Ct. 3: Kidnapping.
  Title 18, United States Code, Section 1201(a)(1)

Total Counts **(3)**

Penalty:
- Ct. 1: Imprisonment for not more than 5 years and/or a fine of $250,000 and not more than a 3 yr. SRT
- Cts. 2-3: Imprisonment for any term of years or Life and/or a fine of $250,000 and not more than a 5 yr. SRT

Agency: Homeland Security Investigations – Cordero B. Contreras – MC15BX22MC0006

Date     Proceedings