UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                         Case Number: 7:23–cr–00524

Ernesto Gaona–Gonzalez

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 10/11/2023

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Arraignment


Date:   October 5, 2023

                                                      Nathan Ochsner, Clerk